

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     *Dmitry Nikolenko v. Luiza Nikolenko*

Appellate case number:   01-20-00284-CV

Trial court case number:  18-DCV-251118

Trial court:                   328th Judicial District Court of Fort Bend County, Texas

      The en banc court has unanimously voted to deny appellee's motion for en banc reconsideration.  It is ordered that the motion is **DENIED**.

      It is so ORDERED.

Judge's signature:  /s/ Amparo Guerra
               ☐  Acting individually      ☒  Acting for the Court*

*En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:  June 30, 2022